IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LYNN BRYANT, | ) | CASE NO. 4:14 CV 246 |
| Petitioner, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | MEMORANDUM OF OPINION |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

On June 25, 2014, Petitioner filed an Application to Proceed *In Forma Pauperis* in the above-captioned matter. He attached a copy of his prison trust account statement which shows his account balance as $576.36. His average daily balance for the previous six months has been $300.57. The filing fee for this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is $5.00. In view of his financial resources, Plaintiff is not indigent for the purpose of filing this Petition.

Accordingly, the Application to Proceed *In Forma Pauperis* is denied without prejudice. Plaintiff is ordered to pay the filing fee of $ 5.00 within thirty (30) days. Failure to do so will result in dismissal of this action.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2014